IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN J. ALTIER, ET AL. | ) | Civil Action No. 11-00241 |
| | ) | (c/w Civil Action No. 11-00242) |
| Plaintiffs, | ) | |
| | ) | CLASS/COLLECTIVE ACTION |
| v. | ) | |
| | ) | Reference:  All Cases |
| WORLEY CATASTROPHE | ) | |
| RESPONSE, LLC, ET AL. | ) | MAGISTRATE JUDGE |
| | ) | JOSEPH C. WILKINSON, JR. |
| Defendants. | ) | |

## SUPPLEMENT TO PRIOR NOTICE OF RELATED, SECOND-FILED STATE CASE (REC. DOC. 172)

Pursuant to Local Rule 3.1, Plaintiffs, John J. Altier, et al., individually and on behalf of all others similarly situated ("Plaintiffs"), provide the following supplemental information to their prior Notice of Related, Second-Filed State case (Rec. Doc. 172, filed July 15, 2011):

**The *Sullivan* Plaintiffs Purport To Represent A Nationwide Class:**  In the prior filing, Plaintiffs noted that:  "The *Sullivan* case also appears limited to the Worley claims adjusters/evaluators who worked in the State of Louisiana, while this action involves all Worley claims adjusters/evaluators who worked on the BP Oil Spill Project (including those who worked in the States of Alabama, Mississippi and Florida).  Thus, the first-filed *Altier* action is broader than the *Sullivan* case, with the *Sullivan* claims subsumed within the *Altier* action."  (Rec. Doc. 172, p. 5.)

1

Since that filing, the attorneys for the named plaintiffs and putative class in *Sullivan* sent Plaintiffs' counsel the letter that is attached as Exhibit A, in which they clarified that the *Sullivan* case is "not limited to individuals who worked in Louisiana" and asked that Plaintiffs "correct the Notice of Related Case so that the federal court is aware that the state litigation is not limited to Louisiana employees." (Quoting Exhibit A.)

      Respectfully submitted,

      ___/Michael A. Starzyk/_____
**J. P. Hughes, Jr.**
LA Bar # 21302
**HUGHES BROWN, PLLC**
1300 Access Road, Suite 100
Oxford, MS 38655
L: (662) 234-6080
F: (800) 515-5446

**Michael A. Starzyk**
TX Bar # 00788461*
**April L. Walter**
TX Bar # 24052793*
**Raven Applebaum**\*
TX Bar # 24043644
**Hessam Parzivand**
TX Bar # 24071157*
**STARZYK & ASSOCIATES, P.C.**
10200 Grogan's Mill Road, Suite 300
The Woodlands, TX 77380
L:  (281) 364-7261
F:  (281) 364-7533

**Joseph E. Fieschko Jr.**
PA Bar # 28797*
**FIESCHKO AND ASSOCIATES, NC.**
2230 Koppers Building
Pittsburgh, PA 15219
L:  (412) 281-2204
F:  (412) 338-9169

2

**John R. Linkosky**
PA Bar # 66011*
**JOHN LINKOSKY & ASSOCIATES**
715 Washington Avenue
Carnegie, PA 15106
L:  (412) 278-1280
F:  (412) 278-1282

*Admitted Pro Hac Vice*

**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day July, 2011, I served the foregoing Supplement to Prior Notice of Related, Second-Filed State Case (Rec. Doc. 172) on the following:

**Jennifer L. Anderson**
Jones, Walker, Waechter, Poitevent,
 Carrere & Denegre, LLP
Four United Plaza
8555 United Plaza Boulevard
Baton Rouge, Louisiana 70809-7000
E-mail: janderson@joneswalker.com

**Mary Margaret Spell**
Jones, Walker, Waechter, Poitevent,
 Carrere & Denegre, LLP
201 St. Charles Avenue
New Orleans, Louisiana 70170-5100
E-mail: mspell@joneswalker.com

**James R. Lewis**
**Mary G. Erlingson**
Crawford Lewis
450 Laurel Street, Suite 1600
Baton Rouge, Louisiana 70801
E-mail: jlewis@crawford-lewis.com
E-mail: merlingson@crawford-lewis.com

**Counsel for Defendant**
**Worley Catastrophe Response, LLC**

            */Michael A. Starzyk/*
            Michael A. Starzyk