# EXHIBIT

# A

# COLVIN LAW FIRM
*ATTORNEYS AND COUNSELORS AT LAW*

JAMES H. COLVIN, JR.
PARTNER

900 Market Street, Suite 300
Post Office Box 1831
Shreveport, LA 71101
*Telephone:* (318) 429-6770
*Facsimile:* (318) 429-6771

E-MAIL: jcolvin@colvinfirm.com
Website: www.colvinfirm.com

July 19, 2011

**VIA EMAIL ONLY**
Mr. J. P. Hughes, Jr.
HUGHES BROWN, PLLC
1300 Access Road, Suite 100
Oxford, MS 38655

RE: *Michael Sullivan, Charles et al, Individually and as Class Representatives vs. The Worley Companies, et al Docket No. 599,055; 19th Judicial District Court; Parish of East Baton Rouge; State of Louisiana;* and

*John Altier, et al v. Worley Catastrophe Services, LLC et al, Docket Nos. 11-241 and 11-242, United States District Court, Eastern District of Louisiana*

Dear J.P.:

As you know, we have been monitoring the federal cases filed by your office as part of our handling of the state court case. On July 15, 2011, you filed a Notice of Related Case in the federal proceedings which notified the court of the state court case. In reviewing the Notice, it indicates that the state court case is limited to Worley claims adjusters/evaluators who worked in the State of Louisiana.

However, the case filed in East Baton Rouge Parish District Court is not limited to individuals who worked in Louisiana. The contracts that were signed by all adjusters who have written contracts not only provided that jurisdiction and venue were limited to East Baton Rouge District Court but provided that Louisiana law governed the contracts regardless of where the work was performed.

Therefore, we respectfully ask that you correct the Notice of Related Case so that the federal court is aware that the state litigation is not limited to Louisiana employees.

If you have any questions, please call me or Pam Breedlove at the above number. I look forward to discussing this matter with you further. With kindest regards, I am

Sincerely yours,

James H. Colvin, Jr.