IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN J. ALTIER, ET AL. | ) | Civil Action No. 11-00241 |
| | ) | (c/w Civil Action No. 11-00242) |
| Plaintiffs, | ) | |
| | ) | CLASS/COLLECTIVE ACTION |
| v. | ) | |
| | ) | Reference: 11-00241 |
| WORLEY CATASTROPHE | ) | |
| RESPONSE, LLC, ET AL. | ) | MAGISTRATE JUDGE |
| | ) | JOSEPH C. WILKINSON, JR. |
| Defendants. | ) | |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that Plaintiffs John J. Altier, et al., individually and on behalf of all others similarly situated, through their counsel of record, respectfully request that "Plaintiffs' Motion for Partial Summary Judgment (Not Paid on a 'Salaried Basis')" be set for submission before Magistrate Judge Joseph C. Wilkinson, Jr., United States Magistrate Judge for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, on October 12, 2011 at 11:00 a.m.

Respectfully submitted,

J.P. Hughes, Jr.
LA Bar # 21302
**HUGHES & BROWN, PLLC**
1300 Access Road, Suite 100
Oxford, MS 38655
T: [662] 234-6080
F: [800] 515-5446

1

**Michael A. Starzyk**
TX Bar # 00788461*
**April L. Walter**
TX Bar # 24052793*
**Raven Applebaum**
TX Bar # 24043644*
**Hessam Parzivand**
Texas Bar # 24071157*
**STARZYK & ASSOCIATES, P.C.**
10200 Grogan's Mill Road, Suite 300
The Woodlands, Texas 77380
T: [281] 364-7261
F: [281] 364-7533

**Joseph E. Fieschko Jr.**
PA Bar # 28797*
**FIESCHKO AND ASSOCIATES, NC.**
2230 Koppers Building
Pittsburgh, PA 15219
T: (412) 281-2204
F: (412) 338-9169

**John R. Linkosky**
PA Bar # 66011*
**JOHN LINKOSKY & ASSOCIATES**
715 Washington Avenue
Carnegie, PA 15106
T: (412) 278-1280
F: (412) 278-1282
*Admitted Pro Hac Vice*

**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of September, 2011, I served the foregoing Notice of Submission on the following in accordance with the Federal Rules of Civil Procedure.

**Jennifer L. Anderson**
Jones, Walker, Waechter, Poitevent,
  Carrere & Denegre, LLP
Four United Plaza
8555 United Plaza Boulevard
Baton Rouge, Louisiana 70809-7000
E-mail: janderson@joneswalker.com
**[Via E-mail]**

**Mary Margaret Spell**
Jones, Walker, Waechter, Poitevent,
  Carrere & Denegre, LLP
201 St. Charles Avenue
New Orleans, Louisiana 70170-5100
E-mail: mspell@joneswalker.com
**[Via E-mail]**

**James R. Lewis**
**Mary G. Erlingson**
Crawford Lewis
450 Laurel Street, Suite 1600
Baton Rouge, Louisiana 70801
E-mail: jlewis@crawford-lewis.com
E-mail: merlingson@crawford-lewis.com
**[Via E-mail]**

**Counsel for Defendant**
**Worley Catastrophe Response, LLC**

_/s/ April L. Walter_
April L. Walter

3