IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN J. ALTIER, ET AL. Individually and on behalf of all others similarly situated, | ) ) ) ) | Civil Action No. 11-00241 (Consolidated With: Civil Action No. 11-00242) |
| Plaintiffs, | ) ) ) | COLLECTIVE ACTION |
| v. | ) ) | MAGISTRATE JUDGE |
| WORLEY CATASTROPHE RESPONSE, LLC, WORLEY CATASTROPHE SERVICES, LLC, and DEFENDANTS X, Y & Z, | ) ) ) ) ) ) ) | JOSEPH C. WILKINSON, JR. Reference: 11-00241 |
| Defendants. | ) | |

**PLAINTIFFS' MOTION TO ENJOIN DEFENDANTS FROM INCLUDING
MISLEADING STATEMENTS IN CLASS NOTICE ISSUED
IN RELATED, STATE-COURT ("*SULLIVAN*") CONTRACT CASE**

NOW INTO COURT, through undersigned counsel, come Plaintiffs John J. Altier, et al. ("Plaintiffs"), who move this Honorable Court to Enjoin Defendants from Including Misleading Statements in Class Notice Issued in Related, State-Court ("*Sullivan*") Contract Case (Plaintiffs' "*Sullivan*-Related Motion"). Plaintiffs' contemporaneously file a Memorandum in Support of Plaintiffs' *Sullivan*-Related Motion

and Exhibits A-E in support thereof.[1]

Respectfully Submitted,

*/s/ signature*

J. P. Hughes, Jr.
LA Bar # 21302
**HUGHES BROWN, PLLC**
1300 Access Road
Suite 100
Oxford, MS 38655
L: (662) 234-6080
F: (800) 515-5446

**Michael A. Starzyk**
TX Bar # 00788461*
**April L. Walter**
TX Bar # 24052793*
**Raven Applebaum**
TX Bar # 24043644*
**Hessam Parzivand**
TX Bar # 24071157*
**STARZYK & ASSOCIATES, P.C.**
10200 Grogan's Mill Road
Suite 300
The Woodlands, TX 77380
L: (281) 364-7261
F: (281) 364-7533

---

[1] Plaintiffs request that their Memorandum and Exhibits C-E be accepted under Seal pursuant to the parties' Stipulated FRCP 26(c) Protective Order (the "APO"). (Rec. Doc. 105-1 & 108.) The APO provides that, "In the case of depositions or other pretrial testimony, the designation of 'Confidential Information' shall be made by written notice to all parties within fourteen (14) days after receipt of the transcript of the testimony. All transcripts shall be considered 'Confidential Information' and subject to this Protective Order until expiration of such fourteen (14) day period, and such protection shall continue as to any portions of the transcript so designated within that time." (Rec. Doc. 105-1, APO, ¶ 4.) Plaintiffs do not intend to designate any of the cited pages of Bob Simon's and Charlie Bilbe's testimony (i.e., Exhibits C-D) as "Confidential," but must treat these pages as "Confidential" until the 14-day period designation period for Defendants has elapsed. Additionally, Defendants specifically designated Exhibit E (the deposition of Allen Carpenter taken in the *Sullivan* case) as "Confidential" under the parties' APO.

**Joseph E. Fieschko Jr.**
PA Bar # 28797*
**FIESCHKO AND ASSOCIATES, NC.**
2230 Koppers Building
Pittsburgh, PA 15219
L: (412) 281-2204
F: (412) 338-9169

**John R. Linkosky**
PA Bar # 66011*
**JOHN LINKOSKY & ASSOCIATES**
715 Washington Avenue
Carnegie, PA 15106
T: (412) 278-1280
F: (412) 278-1282

*Admitted Pro Hac Vice*

**Counsel for Plaintiffs JOHN J. ALTIER, ET AL., and All Others Similarly Situated**

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of September, 2011, I served the foregoing Plaintiffs' Motion to Enjoin Defendants from Including Misleading Statements in Class Notice Issued in Related, State-Court ("*Sullivan*") Contract Case on the following in accordance with the Federal Rules of Civil Procedure:

**Jennifer L. Anderson**
Jones, Walker, Waechter, Poitevent,
 Carrere & Denegre, LLP
Four United Plaza
8555 United Plaza Boulevard
Baton Rouge, Louisiana 70809-7000
E-mail: janderson@joneswalker.com
[Via E-mail]

**Mary Margaret Spell**
Jones, Walker, Waechter, Poitevent,
 Carrere & Denegre, LLP
201 St. Charles Avenue
New Orleans, Louisiana 70170-5100
E-mail: mspell@joneswalker.com
[Via E-mail]

**James R. Lewis**
**Mary G. Erlingson**
Crawford Lewis
450 Laurel Street, Suite 1600
Baton Rouge, Louisiana 70801
E-mail: jlewis@crawford-lewis.com
E-mail: merlingson@crawford-lewis.com
[Via E-mail]

**Counsel for Defendant**
**Worley Catastrophe Response, LLC and**
**Worley Catastrophe Services, LLC**

_____
Michael A. Starzyk