# Edwards & Associates Law Firm, L.L.C.

208 East Oak Street ~ Post Office Box 974
Amite, Louisiana 70422-0974
Telephone: (985) 747-1088 ~ Facsimile: (985) 747-1086

John Bel Edwards
Bradley A. Stevens

Of Counsel: Frank M. Edwards, Jr.

September 23, 2011

Mr. J. P. Hughes, Jr., Esq.            FAX: 662-234-6042
HB PLLC
1300 Access Road, Suite 100
Oxford, MS 38655

RE:    HB PLLC Letter of September 21, 2011

Dear Mr. Hughes:

I have received and reviewed your letter of September 21.  There are several important facts of which you are obviously unaware.

I have not been involved in the process of contracting with clients to pursue Louisiana wage payment claims on their behalf against Worley.  I have never had any communication of any kind with David Payne.  David Payne is a client of this firm, and we are diligently pursuing a wage payment claim on his behalf against Worley.  Mr. Payne has been a client of our firm since August 4, 2011.

Your letter merely suggests that Mr. Payne, while a client of this firm, contacted a former Worley co-worker to make him aware of the potential wage payment claim and litigation and see if he was interested in pursuing such a claim, and if so, if he was interested in retaining the same law firm that he had retained and in which he has much confidence.  While your letter suggests an "ethical issue per LaBar", no such issue was set forth in the letter, and no such issue exists.  Nothing even approaching a violation of the Louisiana Rules of Professional Conduct is set forth in your letter.  Simply put, a communication from a client of this firm to other similarly situated potential claimants at the client's sole initiative does not violate the Rules of Professional Conduct that govern the practice of law in Louisiana.

The member of this firm who has met with, communicated with, and contracted with Mr. Payne in this matter is Frank Edwards.  He will respond to your unfounded and outrageous letter separately.

I am surprised and disappointed that you would have a concern of this nature and not simply pick up the phone and call me to discuss it.  Professionalism and common courtesy would have been served by such a basic effort.  Your concerns could have been easily addressed.  Instead, you send a letter to me, Judge Wilkinson, and the Louisiana State Bar complaining of unspecified unethical conduct by me and/or my firm without setting forth any particular provisions of the Rules of Professional Conduct that you believe to have been violated and without even setting forth a factual basis for a violation.  Indeed, you do not allege that anyone at this firm did anything that could be misconstrued as improper.  Instead, you take issue with a communication from one of our clients to a fellow former Worley co-employee.

You need not copy Judge Wilkinson with this response as I will do so myself.  I will also send a copy the Louisiana State Bar Association.

If you care to be more professional and wish to call with any additional questions or concerns, I welcome that opportunity and will gladly discuss this matter with you.  I am

Sincerely,

John B. Edwards

jbe/JBE

cc:
Judge Joseph C. Wilkinson, Jr., 500 Poydras Street, Room B409, New Orleans, LA 70130

bcc:
James H. Colvin, Jr., P.O. Box 1831, Shreveport, LA 71166