IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOHN J. ALTIER, ET AL.,** And Others Similarly Situated, | * * * | **CIVIL ACTION NO. 11-CV-00241** |
| Plaintiffs, | * * | **C/W 11-CV-00242** |
| versus | * * | **(REFERS TO 11-CV-00241)** |
| **WORLEY CATASTROPHE RESPONSE, LLC, BP CORPORATION NORTH AMERICA, INC., AND DEFENDANTS X, Y & Z** | * * * * * | **Section J/2**<br><br>**MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. (BY CONSENT)** |
| Defendants. | * | |

**MEMORANDUM IN SUPPORT OF
DEFENDANTS' MOTION PURSUANT TO RULE 56(D)**

**NOW INTO COURT,** through undersigned counsel, come Defendants, Worley Catastrophe Response, LLC ("WCR") and Worley Catastrophe Services, LLC ("WCS") (collectively referred to as "Defendants"), and respectfully request that this Honorable Court deny Plaintiffs' Motion for Partial Summary Judgment or, in the alternative, grant Defendants additional time to conduct discovery pursuant to Rule 56(d) of the Federal Rules of Civil Procedure.

Plaintiffs' Motion for Partial Summary Judgment is inappropriate at this time under Rule 56(d) of the Federal Rules of Civil Procedure because Defendants have not had an opportunity to conduct the appropriate discovery with respect to the issues raised therein. Rule 56(d) provides:

> (d) When Facts Are Unavailable to the Nonmovant. If a nonmovant shows by affidavit or declaration that, for specified reasons, it cannot present facts essential to justify its opposition, the court may:
>
> (1) defer considering the motion or deny it;

>(2) allow time to obtain affidavits or declarations or to take discovery; or
>
>(3) issue any other appropriate order.

Fed. R. Civ. P. 56(d).[1] "The purpose of Rule 56 [(d)] is to provide nonmovants with a much needed tool to keep open doors of discovery in order to adequately combat a summary judgment motion." *Wichita Falls Office Assocs. v. Banc One Corp.*, 978 F.2d 915, 919 (5th Cir. 1992). Rule 56(d) allows for further discovery to safeguard non-moving parties from summary judgment motions that they cannot adequately oppose. *Dreyer v. Yelverton*, 291 Fed. App'x 571, 577, 2008 WL 3911072, *6 (5th Cir. 2008). Rule 56(d) motions are broadly favored and should be liberally granted. *Id.*; *Beattie v. Madison County Sch. Dist.*, 254 F.3d 595, 606 (5th Cir. 2001).

To obtain a Rule 56(d) continuance in order to conduct further discovery prior to a ruling on a motion for summary judgment, the non-movant "must show: (1) why he needs additional discovery and (2) how that discovery will create a genuine issue of material fact." *Adams v. Travelers Indem. Co. of Conn.*, 465 F.3d 156, 162 (5th Cir. 2006); *see also Beattie*, 254 F.3d at 606.

Here, the Declaration of Jennifer Anderson, attached hereto as Exhibit A, provides that Defendants have not been afforded the opportunity to conduct the appropriate discovery with respect to the issues raised in Plaintiffs' Motion for Partial Summary Judgment. Whether Plaintiffs were paid on a salary basis depends, in part, on whether the minimum salary was subject to deductions based on the quantity or quality of work. There are exceptions to the general rule that such deductions are impermissible. Discovery is needed in the form of written

---

[1] Rule 56(f) was recodified "without substantial change" as Rule 56(d) by the 2010 amendments to the Federal Rules of Civil Procedure. *Sapp v. Mem. Hermann Healthcare Sys.*, 2010 WL 5395679, *2 (5th Cir. 2010).

{B0756187.1}                      2

discovery and depositions from Plaintiffs regarding the reasons why they were absent, and whether any reasons they may have provided are the real reasons, when any alleged deductions occurred. Defendants have only been able to take the depositions of two Plaintiffs thus far. Plaintiffs insisted on taking the depositions of defense witnesses first, and after objection by Defendants, the parties compromised by agreeing to alternate depositions between defense witnesses and Plaintiffs. Pursuant to the Court's discovery order (Rec. Doc. 213), counsel must travel to the locations where the Plaintiffs reside, which involves travel to various states, to take their depositions. Additionally, the opt-in period has not yet expired, so Defendants cannot yet ascertain the facts related to any additional Plaintiffs who may elect to participate in this action. Until the opt-in period expires and anyone else who might elect to participate has done so, these facts cannot be ascertained.

Defendants also adopt the additional grounds for relief requested herein that are set forth in the memorandum in support of Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment. Accordingly, the Motion for Partial Summary Judgment should be denied, or in the alternative, Defendants should be granted additional time to conduct discovery.

**WHEREFORE**, Defendants request that Plaintiffs' Motion for Partial Summary Judgment be denied pursuant to Fed. R. Civ. P. 56(d).

Respectfully submitted,

/s/ Jennifer L. Anderson
Jennifer L. Anderson (Bar No. 23620)
Jones, Walker, Waechter, Poitevent,
    Carrere & Denegre, LLP
Four United Plaza
8555 United Plaza Boulevard
Baton Rouge, Louisiana 70809
Telephone: (225) 248-2040
Facsimile: (225) 248-3040
Email:    janderson@joneswalker.com

and

Mary Margaret Spell (Bar No. 32704)
Jones, Walker, Waechter, Poitevent,
    Carrere & Denegre, LLP
201 St. Charles Avenue
New Orleans, LA  70170-5100
Telephone: (504) 582-8262
Facsimile: (504) 589-8262
E-mail:   mspell@joneswalker.com

and

James R. Lewis (Bar No. 8844)
Mary G. Erlingson (Bar No.19562)
Crawford Lewis
450 Laurel Street, Suite 1600
Baton Rouge, LA 70801
Telephone: (225) 343-5290
Facsimile: (225) 383-5508
E-mail:   jlewis@crawford-lewis.com
          merlingson@crawford-lewis.com

*COUNSEL FOR DEFENDANTS,
WORLEY CATASTROPHE RESPONSE,
LLC AND WORLEY CATASTROPHE
SERVICES, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by filing the same in this Court's CM/ECF system this 11th day of October, 2011.

/s/ Jennifer L. Anderson

{B0756187.1}                    4