UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN J. ALTIER | CIVIL ACTION |
| VERSUS | NO. 11-241 c/w 11-242 |
| WORLEY CATASTROPHE RESPONSE, LLC ET AL. | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

### ORDER ON MOTION

APPEARANCES:   None (on the briefs)

MOTION:   Plaintiffs' Motion for Partial Summary Judgment (Not Paid on a "Salaried Basis"), Record Doc. No. 234

O R D E R E D:

 XXX : DEFERRED. It appears that plaintiffs' Motion for Partial Summary Judgment (Not Paid on a "Salaried Basis"), Record Doc. No. 234, is related to defendants' Motion Pursuant to Rule 56(d), Record Doc. No. 263. Accordingly, plaintiffs' motion will be considered and submitted together with defendants' motion on my October 26, 2011 motion docket.

New Orleans, Louisiana, this   12th   day of October, 2011.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE