# STARZYK & ASSOCIATES, P.C.
### ATTORNEYS AT LAW

Michael A. Starzyk                                                                                         mstarzyk@starzyklaw.com

October 20, 2011

Hon. Joseph C. Wilkinson, Jr.                                    *Via* Facsimile (504) 589-7633
  United States Magistrate Judge
Eastern District of Louisiana
500 Poydras Street, Room B-409
New Orleans, LA 70130

      Re:    *John J. Altier, et al. v. Worley Catastrophe Response, LLC*: Civil Action No. 11-00241 (Consolidated with Civil Action No. 11-00242)

Dear Judge Wilkinson:

      Pursuant to Plaintiffs' request, yesterday Your Honor set several motions for hearing on October 26, 2011. (Doc. Rec. 279.) However, late yesterday we were informed by opposing counsel that Worley's lead attorney, Jennifer Anderson, is not available due to a commitment in another matter. We have also been informed that she is not available on either of the next two Wednesdays (November 2 and 9), and isn't available on a Wednesday until November 16. She is, however, available (as is Plaintiffs' counsel) on November 1, the morning of November 3 and the morning of November 10. It is our understanding that these hearings are typically held on Wednesdays, but in light of the fact that Ms. Anderson isn't available until November 16, we are writing (with permission of all counsel) to inquire as to whether you want to hold the hearing on another date.

      By copy of this letter, all counsel of record are being notified of this filing.

                                  Yours truly,

                                  STARZYK & ASSOCIATES, P.C.

                                  Michael A. Starzyk

cc: Opposing Counsel (via e-mail)

RECEIVED
OCT 20 2011
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

---

10200 Grogan's Mill Rd • Suite 300 • The Woodlands, Texas 77380 • (281) 364-7261 • Fax (281) 364-7533