MINUTE ENTRY
WILKINSON, M.J.
OCTOBER 26, 2011

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN J. ALTIER | CIVIL ACTION |
| VERSUS | NO. 11-241 c/w 11-242 |
| WORLEY CATASTROPHE RESPONSE, LLC ET AL. | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

At the request of counsel, a telephone conference was conducted before me on this date. Participating were: J. P. Hughes and Michael Starzyk, representing plaintiffs; Jennifer Anderson and Mary Margaret Spell, representing defendants.

During the conference, counsel advised that they have agreed to submit this matter to private mediation efforts, which the court approves, Local Rule 16.3.1. In light of their mediation efforts, counsel jointly requested that oral argument and submission of the pending summary judgment motions, Record Doc. Nos. 234, 257 and 263, be continued. Accordingly,

MJSTAR: 0 : 10

**IT IS ORDERED** that submission and oral argument of the above referenced motions is hereby RESCHEDULED from November 3, 2011 to **December 14, 2011 at 2:00 p.m.**  Oral argument will be limited to a total of one (1) hour to be divided equally between the sides.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE