

Michael A. Starzyk                                                                                          mstarzyk@starzyklaw.com

November 17, 2011

Hon. Joseph C. Wilkinson, Jr.
  United States Magistrate Judge
Eastern District of Louisiana
500 Poydras Street, Room B-409
New Orleans, LA 70130

      Re:    *John J. Altier, et al. v. Worley Catastrophe Response, LLC*:  Civil Action No. 11-00241 (Consolidated with Civil Action No. 11-00242)

Dear Judge Wilkinson:

      In accordance with your instructions during the parties' telephone conference with you on October 26, 2011, and corresponding Minute Entry (Doc. Rec. 292), this letter is to inform the Court that the parties have agreed to use Greg Guidry as the mediator in this case and that mediation will take place on Monday, November 28, 2011.

      By copy of this letter, all counsel of record are being notified of this filing.

                            Yours truly,

                            STARZYK & ASSOCIATES, P.C.

                          /s/ *Michael A. Starzyk*

                          Michael A. Starzyk

cc:  Opposing Counsel (via e-mail)