MINUTE ENTRY
WILKINSON, M.J.
DECEMBER 2, 2011

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN J. ALTIER | CIVIL ACTION |
| VERSUS | NO. 11-241 c/w 11-242 |
| WORLEY CATASTROPHE RESPONSE, LLC ET AL. | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

At the joint request of counsel, a telephone conference was conducted on this date to discuss the status of settlement negotiations before the private mediator. Participating were: J. P. Hughes, representing plaintiffs; Jennifer Anderson, representing defendants. Substantial progress toward settlement has been made and settlement discussions are continuing. If necessary, counsel may request an in-person settlement conference with the court.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

MJSTAR: 0 : 40