UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN J. ALTIER, ET AL. | * | CIVIL ACTION NO: 11-00241 |
| | * | (CONSOLIDATED WITH |
| | * | NO. 11-0242) |
| | * | |
| v. | * | COLLECTIVE ACTION |
| | * | |
| WORLEY CATASTROPHE RESPONSE, LLC, ET AL. | * | |

## MOTION FOR LEAVE TO FILE PETITION FOR INTERVENTION

**NOW INTO COURT**, through undersigned counsel, come plaintiffs-in-intervention, Michael Sullivan, Charles Baldwin, Johnny Knighten, Jimmy Phillips, Ron Dickerson, and all class members in the matter entitled *Michael Sullivan, et al. v. Worley Companies*, et al., No. 599,055, Nineteenth Judicial District Court, Parish of East Baton Rouge, State of Louisiana ("Sullivan Matter"), who herein move this Honorable Court for leave to file their Petition in Intervention pursuant to Federal Rules of Civil Procedure 23(d)(1) and 24 for the following reasons:

1.

Members of the consolidated action presently pending before this court are also members of the Sullivan Matter, which has been certified as a class action.

2.

Recently, the parties in this litigation have submitted a settlement agreement for this court's approval. The details of the settlement are confidential and have not been disclosed to the members of the consolidated class. See Exhibit 1 hereto – Order Certifying Class Action.

3.

Upon information and belief, as part of the settlement agreement presently before this court in the consolidated matter, members of the consolidated class, who are also members of the class in the Sullivan Matter, will be required to waive and release any and all claims against the defendants in the Sullivan Matter.  Furthermore, there is a substantial risk that such a waiver or release will not be made knowingly and with full knowledge of the consequences of such a waiver or release.

4.

Intervenors do not object to the settlement of this consolidated action; however, Intervenors object and file this motion to object to the execution of any document which waives or releases or purports to waive or release the right[s] or claim[s] of the class members in the Sullivan Matter.

5.

Pursuant to Federal Rules of Civil Procedure 23(d)(1) and 24, Intervenors move to intervene as a matter of right in this action based on their interest, which is directly related to the subject matter of the litigation pending before this court, in protecting their right or claim in the Sullivan Matter.  The settlement agreement pending before this court almost certainly will require all member of this consolidated action, who are also members of the class in the Sullivan Matter, to waive or release all claims against the defendants, which would necessarily include the claims pending in the Sullivan Matter.  Intervenors pray that any settlement of the consolidated matter reserve their rights to proceed in state court under their Employment Agreement and pursuant to applicable Louisiana state law, including, but not limited to, La.R.S. 23:631 and 23:632.

**WHEREFORE,** plaintiffs-in-intervention pray that they be granted leave of court to file the attached Petition in Intervention.

                                        Respectfully submitted,

                                        By: /s/Timothy W. Cerniglia
COLVIN LAW FRIM
James H. Colvin, Jr. (La. Bar # 21532)
jcolvin@colvinfirm.com
Pamela Breedlove (La. Bar # 21773)
pbreedlove@colvinfirm.com
Cole B. Smith (La. Bar # 30063)
csmith@colvinfirm.com
900 Market Street, Suite 300
Post Office Box 1831
Shreveport, Louisiana 71101
Telephone:	(318) 429-6770
Facsimile:	(318) 429-6771

&

THE LAW OFFICE OF TIMOTHY W. CERNIGLIA
Timothy W. Cerniglia (La. Bar # 3964)
tcerniglia@cerniglialaw.pro
1521 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone:	(504) 586-0555
Facsimile:	(504) 586-0550

&

HYMEL, DAVIS & PETERSON
L.J. Hymel (La. Bar # 07137)
ljhymel@hymeldavis.com
10602 Coursey Boulevard
Baton Rouge, Louisiana 70816
Phone:	(225) 298-8118

## CERTIFICATE OF SERVICE

I hereby certify that, on the 28th day of December, 2011, a copy of the foregoing Motion for Leave to File Petition for Intervention was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

                                    /s/Timothy W. Cerniglia
                                    **Of Counsel**