IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN J. ALTIER, ET AL., And Others Similarly Situated,<br><br>Plaintiffs,<br><br>versus<br><br>WORLEY CATASTROPHE RESPONSE, LLC ET AL.<br><br>Defendants. | CIVIL ACTION NO. 11-CV-00241<br><br>C/W 11-CV-00242<br><br>(REFERS TO ALL CASES)<br><br>Section J/2<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR.<br>(BY CONSENT) |

## JOINT MOTION TO APPROVE SETTLEMENT AND FOR CONDITIONAL DISMISSAL

NOW INTO COURT, through undersigned counsel, come Plaintiffs and Defendants, Worley Catastrophe Response, LLC, and Worley Catastrophe Services, LLC (collectively the "Parties"), who hereby represent to the Court that they have resolved the claims in this matter in their entirety and respectfully request that the Court approve the Confidential Settlement Agreement and attachments thereto under the Fair Labor Standards Act, which are being submitted to the Court for *in camera* inspection. The Parties also request that the Court approve the amount allocated to Plaintiffs' attorneys' fees and the fee-sharing agreement among Plaintiffs' attorneys, who represent through this filing and the *in camera* submission that the fee-sharing agreement is not in dispute. In support of the request to approve the attorneys' fees allocation set forth in the Confidential Settlement Agreement, Plaintiffs submit the legal memorandum attached hereto as "Exhibit A" reflecting their position that fees are reasonable under the facts and law. Defendants have reviewed and do not have any objection to the filing of Plaintiffs' legal memorandum as an exhibit hereto.

The Parties also request that the Court conditionally dismiss these consolidated actions, each party to bear its own fees and costs except as provided in the Confidential Settlement Agreement, without prejudice to the rights of the Parties to move for summary judgment seeking to enforce the settlement if not consummated, as provided in Local Rule 41.2. The Parties also request that the Court retain jurisdiction over the Parties and their Confidential Settlement Agreement, including the fee-sharing agreement among Plaintiffs' attorneys, for purposes of enforcing such agreements should any controversy arise about the terms of the agreements or any party's performance of its obligations thereunder.

Finally, the Parties request that, upon the Court's receipt of a joint motion to dismiss to be filed by the Parties no later than 60 days after the June 1, 2012, disbursement of the balance of the payments as specified in the Confidential Settlement Agreement, the Court enter a final order dismissing with prejudice all claims of all Plaintiffs in these consolidated actions, each party to bear its own fees and costs except as provided in the Confidential Settlement Agreement, except that the claims of any Non-Participating Plaintiffs as defined in the Confidential Settlement Agreement shall be dismissed without prejudice to any rights such Non-Participating Plaintiffs may have to refile such claims in the United States District Court for the Eastern District of Louisiana. The Parties shall identify in their joint motion to dismiss the names of any Non-Participating Plaintiffs, or shall indicate that there are no Non-Participating Plaintiffs, as the case may be.

WHEREFORE, the Parties respectfully request that this Court grant this joint motion, approving the Confidential Settlement Agreement and conditionally dismissing the claims of Plaintiffs without prejudice as prayed for herein and set forth in the accompanying proposed Order.

Respectfully submitted:

/s/ Jennifer L. Anderson
Jennifer L. Anderson (Bar No. 23620)
Jones, Walker, Waechter, Poitevent,
  Carrere & Denegre, LLP
Four United Plaza
8555 United Plaza Boulevard
Baton Rouge, LA 70809
Telephone: (225) 248-2040
Facsimile: (225) 248-3040
Email: janderson@joneswalker.com


Mary Margaret Spell (Bar No. 32704)
Jones, Walker, Waechter, Poitevent,
  Carrere & Denegre, LLP
201 St. Charles Avenue
New Orleans, LA 70170-5100
Telephone: (504) 582-8262
Facsimile: (504) 589-8262
Email: mspell@joneswalker.com


James R. Lewis (Bar No. 8844)
Mary G. Erlingson (Bar No.19562)
Crawford Lewis
450 Laurel Street, Suite 1600
Baton Rouge, LA 70801
Telephone: (225) 343-5290
Facsimile: (225) 383-5508
Email: jlewis@crawford-lewis.com
        erlingson@crawford-lewis.com

**COUNSEL FOR DEFENDANTS, WORLEY CATASTROPHE RESPONSE, LLC AND WORLEY CATASTROPHE SERVICES, LLC**

/s/ J. P. Hughes, Jr.
Jay P. Hughes, Jr. (Bar No. 21302)
Hughes Brown, PLLC
1300 Access Road, Suite 100
Oxford, MS 38655
Telephone: (662) 234-6080
Facsimile: (800) 515-5446
Email: jay@hughesbrown.com


Michael A. Starzyk (TX Bar No. 00788461)
April L. Walter (TX Bar No. 24052793)
Hessam Parzivand (TX Bar No. 2471157)
Starzyk & Associates, P.C.
10200 Grogan's Mill Road, Suite 300
The Woodlands, TX 77380
Telephone: (281) 364-7261
Facsimile: (281) 364-7533
Email: mstarzyk@starzyklaw.com
        awalter@starzyklaw.com
        hparzivand@starzyklaw.com


Joseph E. Fieschko, Jr. (PA Bar No. 28797)
Fieschko and Associates, Inc.
2230 Koppers Building
Pittsburgh, PA 15219
Telephone: (412) 281-2204
Facsimile: (412) 338-9169
Email: joe@fieschko.com


John R. Linkosky (PA Bar No. 66011)
John Linkosky & Associates
715 Washington Avenue
Carnegie, PA 15106
Telephone: (412) 278-1280
Facsimile: (412) 278-1282
Email: linklaw@comcast.net

**COUNSEL FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by filing the same in this Court's CM/ECF system this 3rd day of January, 2012.

/s/ Jennifer L. Anderson