UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN J. ALTIER, ET AL. | * | CIVIL ACTION NO: 11-00241 |
| | * | (CONSOLIDATED WITH |
| | * | NO. 11-0242) |
| | * | |
| v. | * | COLLECTIVE ACTION |
| | * | |
| WORLEY CATASTROPHE RESPONSE, LLC, ET AL. | * | |

**MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF**

**PETITION FOR INTERVENTION**

**NOW INTO COURT**, through undersigned counsel, come plaintiffs-in-intervention, Michael Sullivan, Charles Baldwin, Johnny Knighten, Jimmy Phillips, Ron Dickerson, and all class members in the matter entitled *Michael Sullivan, et al. v. Worley Companies*, et al., No. 599,055, Nineteenth Judicial District Court, Parish of East Baton Rouge, State of Louisiana ("Sullivan Matter"), who herein move this Honorable Court for leave to file a Reply Memorandum in Support of their Petition in Intervention pursuant to Federal Rules of Civil Procedure 23(d)(1) and 24 for the following reasons:

1.

Members of the consolidated action presently pending before this Court are also members of the Sullivan Matter, which has been certified as a class action and are therefore represented by undersigned counsel.

2.

Counsel for plaintiffs filed an opposition to the Motion for Leave to file intervention which misconstrues intervenors position, the status of the state court litigation, is contrary to

information filed in the state court, and requires a brief response by intervenors.

3.

A brief reply memorandum would be beneficial to the Court and would not delay this matter.

**WHEREFORE,** plaintiffs-in-intervention pray that they be granted leave of court to file the attached Reply Memorandum in Support of Petition in Intervention.

    Respectfully submitted,

    By: /s/Timothy W. Cerniglia
    COLVIN LAW FRIM
    James H. Colvin, Jr. (La. Bar # 21532)
    jcolvin@colvinfirm.com
    Pamela Breedlove (La. Bar # 21773)
    pbreedlove@colvinfirm.com
    Cole B. Smith (La. Bar # 30063)
    csmith@colvinfirm.com
    900 Market Street, Suite 300
    Post Office Box 1831
    Shreveport, Louisiana 71101
    Telephone:     (318) 429-6770
    Facsimile:     (318) 429-6771

    &

    THE LAW OFFICE OF TIMOTHY W. CERNIGLIA
    Timothy W. Cerniglia (La. Bar # 3964)
    tcerniglia@cerniglialaw.pro
    1521 St. Charles Avenue
    New Orleans, Louisiana 70130
    Telephone:     (504) 586-0555
    Facsimile:     (504) 586-0550

    &

    HYMEL, DAVIS & PETERSON
    L.J. Hymel (La. Bar # 07137)
    ljhymel@hymeldavis.com
    10602 Coursey Boulevard
    Baton Rouge, Louisiana 70816
    Phone:          (225) 298-8118

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the 5th day of January, 2012, a copy of the foregoing Motion for Leave to File Petition for Intervention was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/Timothy W. Cerniglia
**Of Counsel**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN J. ALTIER, ET AL. | * | CIVIL ACTION NO: 11-00241 |
| | * | (CONSOLIDATED WITH |
| | * | NO. 11-0242) |
| | * | |
| v. | * | COLLECTIVE ACTION |
| | * | |
| WORLEY CATASTROPHE RESPONSE, LLC ET AL. | * | |

**ORDER**

Considering the foregoing Motion for Leave to File Petition for Intervention,

**IT IS HEREBY ORDERED** that plaintiffs-in-intervention, Michael Sullivan, Charles Baldwin, Johnny Knighten, Jimmy Phillips, Ron Dickerson, as representatives of all class members in the matter entitled *Michael Sullivan, et al. v. Worley Companies*, et al., No. 599,055, Nineteenth Judicial District Court, Parish of East Baton Rouge, State of Louisiana, be granted leave of court to file the attached Reply Memorandum in Support of the Petition for Intervention.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE