UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN J. ALTIER | CIVIL ACTION |
| VERSUS | NO. 11-241 c/w 11-242 |
| | (applies to No. 11-241) |
| WORLEY CATASTROPHE RESPONSE, LLC ET AL. | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

### PARTIAL FINAL JUDGMENT

Considering the court's order granting the motion to dismiss with prejudice of BP Exploration & Production Inc. ("BP") in Civil Action No. 11-241, Record Doc. No. 107, and the court's previous orders dismissing other defendants and determining that there is no just reason for delay in entering a Rule 54(b) final judgment in BP's favor, and acting pursuant to 28 U.S.C. § 636(c);

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of defendant, BP Exploration & Production Inc., and against plaintiffs, dismissing plaintiffs' claims against BP with prejudice, each party to bear its own costs of these proceedings.

New Orleans, Louisiana, this ___18th___ day of January, 2012.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE