IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN J. ALTIER, ET AL., <br> And Others Similarly Situated, <br><br> Plaintiffs, <br><br> versus <br><br> WORLEY CATASTROPHE RESPONSE, <br> LLC, BP CORPORATION NORTH <br> AMERICA, INC., AND DEFENDANTS <br> X, Y & Z <br><br> Defendants. | * <br> * <br> *    CIVIL ACTION NO. 11-CV-00241 <br> * <br> *    C/W 11-CV-00242 <br> * <br> *    (REFERS TO ALL CASES) <br> * <br> *    Section J/2 <br> * <br> *    MAG. JOSEPH C. WILKINSON, JR. <br> *    (BY CONSENT) <br> * |

## JOINT MOTION TO DISMISS AND FINAL REPORT

NOW INTO COURT, through undersigned counsel, come Plaintiffs, John J. Altier, *et al.*, and Defendants, Worley Catastrophe Response, LLC and Worley Catastrophe Services, LLC, and, pursuant to the Court's January 18, 2012 Order and Reasons on Motion in Civil Action No. 11-CV-00241 (Docket No. 312) and Civil Action No. 11-CV-00242 (Docket No. 67) (hereafter the "January 18, 2012 Order"), provide this final report of their Confidential Settlement Agreement and jointly request that this Court grant this motion to dismiss the claims of the Plaintiffs as follows:

{N2498343.1}

1. The following six (6) individuals constitute "Non-Participating Plaintiffs" (defined as those plaintiffs who failed to return the signed forms specified in the parties' Confidential Settlement Agreement to the designated third-party administrator by March 16, 2012):

    (a) Gordon Crowe
    (b) Gregory Farve
    (c) William Haygood
    (d) John Lane
    (e) Olga Souders
    (f) Edith (Jane) Wyatt

2. Pursuant to the Court's January 18, 2012 Order, the parties respectfully request that the Court dismiss the claims of the Non-Participating Plaintiffs WITHOUT PREJUDICE to any rights such Non-Participating Plaintiffs may have either to re-file such claims in the United States District Court for the Eastern District of Louisiana or to pursue their individual claims either in the existing cases or elsewhere, with each party to bear its own fees and costs. (January 18, 2012 Order, pp. 61-62.)

3. Plaintiffs' previously filed the signed Consent Forms of those Plaintiffs (redacting their Residential Street Address, Home Telephone Number, Cell Phone Number, and E-mail Address Information) who timely expressed their intent to participate in this action and who are listed in Exhibit A to the parties' Confidential Settlement Agreement. (Civil Action No. 11-CV-00241 (Reference: All Cases), Docket No. 314, filed January 19, 2012.) With the exclusion of the six Non-Participating Plaintiffs listed in Paragraph 1 above, all such individuals are "Participating Plaintiffs" (defined as those plaintiffs who returned the signed form specified in the Confidential Settlement Agreement to the designated third-party administrator no later than March 16, 2012).

4. Pursuant to the Court's January 18, 2012 Order, the parties respectfully request that the Court dismiss the claims of the Participating Plaintiffs WITH PREJUDICE, each party to bear its own fees and costs except as provided in the Confidential Settlement Agreement. (January 18, 2012 Order, p. 61.)

5. The parties respectfully request that the Court modify the Stipulated Protective Order that was entered by this Court in this action (Civil Action No. 11-CV-00241 (Reference: All Cases), Rec. Doc. 108, filed June 1, 2011 (granting Joint Motion for Entry of Stipulated Protective Order and FRE 502(d) and (e) Clawback Agreement/Order)). The parties wish to retain the confidential documents for a longer period than originally contemplated in the Protective Order, and ask the Court to relieve them of the obligation to return to the Producing Party or destroy any Confidential Information (as defined in the Protective Order) upon the expiration of sixty (60) days of the conclusion of this Litigation. (Civil Action No. 11-CV-00241, Rec. Doc. 105-1, ¶ 23) The parties ask that the Court make this amendment to the Protective Order part of its order dismissing the claims of the Participating and Non-Participating Plaintiffs.

{N2498343.1}

| | |
|---|---|
| Respectfully submitted,<br>*/s/ J.P. Hughes, Jr.* | Respectfully submitted,<br>*/s/ Jennifer L. Anderson\*\** |
| J. P. Hughes, Jr., LA Bar # 21302<br>HUGHES BROWN, PLLC<br>1300 Access Road<br>Suite 100<br>Oxford, MS 38655<br>L: (662) 234-6080<br>F: (800) 515-5446 | Jennifer L. Anderson (Bar No. 23620)<br>Jones, Walker, Waechter, Poitevent,<br>    Carrère & Denègre, LLP<br>Four United Plaza<br>8555 United Plaza Boulevard<br>Baton Rouge, LA 70809<br>Telephone: (225) 248-2040<br>Facsimile: (225) 248-3040<br>E-mail: janderson@joneswalker.com |
| Michael A. Starzyk, TX Bar # 00788461*<br>April L. Walter, TX Bar # 24052793*<br>Hessam Parzivand, TX Bar # 24071157*<br>STARZYK & ASSOCIATES, P.C.<br>10200 Grogan's Mill Road<br>Suite 300<br>The Woodlands, TX 77380<br>L: (281) 364-7261<br>F: (281) 364-7533 | and<br><br>Mary Margaret LeBato (Bar No. 32704)<br>Jones, Walker, Waechter, Poitevent,<br>    Carrère & Denègre, LLP<br>201 St. Charles Avenue<br>New Orleans, LA  70170-5100<br>Telephone: (504) 582-8262<br>Facsimile: (504) 589-8262<br>E-mail: mlebato@joneswalker.com |
| Joseph E. Fieschko Jr., PA Bar # 28797*<br>FIESCHKO AND ASSOCIATES, NC.<br>2230 Koppers Building<br>Pittsburgh, PA 15219<br>L: (412) 281-2204<br>F: (412) 338-9169 | and<br><br>James R. Lewis (Bar No. 8844)<br>Mary G. Erlingson (Bar No.19562) |
| John R. Linkosky, PA Bar # 66011*<br>JOHN LINKOSKY & ASSOCIATES<br>715 Washington Avenue<br>Carnegie, PA 15106<br>T: (412) 278-1280<br>F: (412) 278-1282 | Crawford Lewis<br>450 Laurel Street, Suite 1600<br>Baton Rouge, LA 70801<br>Telephone: (225) 343-5290<br>Facsimile: (225) 383-5508<br>E-mail: jlewis@crawford-lewis.com<br>            merlingson@crawford-lewis.com |
| *Admitted Pro Hac Vice* | *\*\*Filed by Permission* |
| **Counsel for Plaintiffs John J.**<br>**Altier, et al.** | **Attorneys for Defendants,**<br>**Worley Catastrophe Response, LLC and**<br>**Worley Catastrophe Services, LLC** |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 31st day of July, 2012, a true and correct copy of the above and foregoing pleading was served upon the attorneys of record by filing the same in this Court's CM/ECF system.

/s/ J. P. Hughes, Jr.
_____
J. P. Hughes, Jr

{N2498343.1}