UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN J. ALTIER | CIVIL ACTION |
| VERSUS | NO. 11-241 c/w 11-242 |
| WORLEY CATASTROPHE RESPONSE, LLC ET AL. | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

### ORDER ON MOTION

APPEARANCES:  None (on the briefs)

MOTION:        Joint Motion to Dismiss and Final Report, Record Doc. No. 315

O R D E R E D:

 XXX : GRANTED. IT IS ORDERED that the claims of the Non-Participating Plaintiffs, Gordon Crowe, Gregory Farve, William Haygood, John Lane, Olga Souders and Edith (Jane) Wyatt, are DISMISSED WITHOUT PREJUDICE to any rights such Non-Participating Plaintiffs may have either to re-file such claims in the United States District Court for the Eastern District of Louisiana or to pursue their individual claims either in the existing cases or elsewhere, with each party to bear its own fees and costs.

With the exception of the Non-Participating Plaintiffs named above, IT IS FURTHER ORDERED that the claims of all "Participating Plaintiffs" (defined as those plaintiffs who returned the signed form specified in the Confidential Settlement Agreement to the designated third-party administrator no later than March 16, 2012), Record Doc. No. 319, are DISMISSED WITH PREJUDICE, with each party to bear its own fees and costs, except as provided in the Confidential Settlement Agreement.

IT IS FURTHER ORDERED that paragraph 23 of the Stipulated Protective Order previously entered in these consolidated actions, Record Doc. Nos. 105-1, 108, is MODIFIED to relieve the parties of the obligation to return to the Producing Party or

destroy any Confidential Information (as defined in the Stipulated Protective Order) upon the expiration of sixty (60) days of the conclusion of this litigation.

        New Orleans, Louisiana, this \_\_\_\_6th\_\_\_\_ day of August, 2012.

                        JOSEPH C. WILKINSON, JR.
                        UNITED STATES MAGISTRATE JUDGE